# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1647
Lower Tribunal No. F12-7599
_____

**Eric Spivey,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Eric Spivey, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

*ON MOTION FOR REHEARING*

PER CURIAM.

Upon consideration of Appellant's Motion for Rehearing, we grant rehearing and withdraw the opinion of January 26, 2022, consider Appellant's timely filed initial brief and substitute the following opinion in its place.

Affirmed.  See Cregg v. State, 43 So. 3d 818, 821 (Fla. 1st DCA 2010) ("When a consecutive sentence is pronounced, the defendant is not entitled to credit for time served on an antecedent sentence." (citing Daniels v. State, 491 So.2d 543, 545 (Fla.1986))).